**FILED**
CLERK, U.S. DISTRICT COURT

08/10/21

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_DM\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DANIEL GARCIA,<br><br>　　　　Defendant. | CR 2:21-cr-00365-JFW<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine] |

　　The Grand Jury charges:

　　　　　[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

　　On or about July 2, 2021, in Los Angeles County, within the Central District of California, defendant DANIEL GARCIA knowingly and intentionally possessed with intent to distribute at least 50 grams,

//
//
//
//
//
//
//

that is, approximately 10.943 kilograms, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

    /S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

MARIA ELENA STITELER
Assistant United States Attorney
General Crimes Section

2