UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

Case No.   **CR 21-365-JFW**                                                              Dated: February 18, 2022

================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

|  Shannon Reilly  | Miranda Algorri | Jena Avery MacCabe |
|---|---|---|
| Courtroom Deputy | Court Reporter (Zoom) | Melissa Mills |
|  |  | Asst. U.S. Attorney |
|  | Interpreter: None | present |

================================================================

U.S.A. vs (Dfts listed below)                              Attorneys for Defendants

1)   Daniel Garcia                                          1)   Erin M. Murphy, DFPD
     present in custody [60568-509]                              Fermin Vargas, DFPD
                                                                 present - appointed

_____

**PROCEEDINGS (In Court):**   **MOTION TO SUPPRESS PROCEEDS OF UNLAWFUL SEIZURE, SEARCH, QUESTIONING AND SEARCH WARRANTS [23] Filed 1/3/22**

**STATUS CONFERENCE**

Case called, and counsel make their appearance.

Court hears oral argument and for the reasons stated on the record, Defendant's Motion to Suppress is DENIED.

Jury Trial remains set for March 15, 2022 at 8: 30 a.m.


CC: USPO/PSA; USM


Initials of Deputy Clerk  _sr_
1/20